United States District Court
Southern District of Texas
**ENTERED**
April 21, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CR ACTION NO. 2:25-CR-00157 |
| § | |
| CHRISTIAN IVAN HERNANDEZ § | |

### MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Detention of the defendant pending trial in this case is necessary because there is a serious risk that the defendant will not appear.

The evidence against the defendant meets the probable cause standard. The defendant has the defendant has previously been convicted, in 2018 and 2019, of separate offenses of unlawfully transporting undocumented persons. In each of those cases, his federal supervision was revoked for noncompliance. The noncompliance while under federal supervision involved human trafficking and money laundering. Further, the defendant has a pending case for failing to appear with an active warrant for his arrest. Additionally, the evidence presented in Court indicates the defendant has an extensive and prolonged history of engaging in human trafficking which continued despite his prior convictions. Further, the agent testified the defendant was extremely difficult to locate based on his frequently changing addresses and telephone numbers. The defendant's mother verified his personal information, but she did not know the defendant's current

address. The defendant is a poor candidate for bond. The findings and conclusions contained in the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on April 21, 2025.

_____
Jason B. Libby
United States Magistrate Judge